[No. 70208-4-I.   Division One.   June 16, 2014.]

CHARTER PRIVATE BANK, *Respondent*, v. JOSEPH J. SACOTTE
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-26503-1, Mariane C. Spearman, J., entered September 23, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 70256-4-I.   Division One.   June 16, 2014.]

*In the Matter of the Detention of* P.C.

Appeal from a judgment of the Superior Court for King County, No. 13-6-00798-8, Carol A. Schapira, J., entered April 2, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 70409-5-I.   Division One.   June 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STACEY ANNIE JAMISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05990-6, Beth M. Andrus, J., entered April 19, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick, JJ.

[No. 70412-5-I.   Division One.   June 16, 2014.]

JOHN JONES, *Appellant*, v. MCDONALD'S RESTAURANTS OF WASHINGTON, INC., STORE #4957, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-2-08400-9, Janice E. Ellis, J., entered April 12, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Trickey, JJ.